UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY WALKER JOHNSON, | : | Case No. 3:13-cv-204 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| | : | |
| APPLE, INC., | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (Doc. 8) AND DISMISSING ALL CLAIMS ASSERTED BY PLAINTIFF ST. G. TECH, INC.

This civil case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael J. Newman.  (Doc. 8).  The Magistrate Judge recommends that claims asserted by Plaintiff St. G. Tech, Inc. be dismissed for failure to prosecute because Plaintiff St. G. Tech, Inc. has failed to comply with Court orders.  (*Id.*)  Plaintiff Gregory Walker Johnson filed a response to the Report and Recommendations of the Magistrate Judge in which Johnson asserts no specific objection to dismissal of claims asserted by St. G. Tech, Inc.  (Doc. 10).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge in the Report and Recommendations de novo.  Upon review the issues presented, the Court **ADOPTS** the Report and Recommendations in its entirety (Doc. 8) and **DISMISSES** the claims asserted by Plaintiff St. G. Tech, Inc. without prejudice.  This case shall proceed only upon the claims asserted by Plaintiff Johnson.

**IT IS SO ORDERED.**

Date:  9/3/2013                                         *s/ Timothy S. Black*
                                                                 Timothy S. Black
                                                                 United States District Judge