UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREGORY WALKER JOHNSON,                  :        Case No. 3:13-cv-204
                                         :
        Plaintiff,                       :        Judge Timothy S. Black
                                         :        Magistrate Judge Michael J. Newman
vs.                                      :
                                         :
APPLE, INC.,                             :
                                         :
        Defendant.                       :

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE (Doc. 44); AND (2) DENYING DEFENDANT'S
MOTION TO DSIMISS (Doc. 28) AS MOOT AND WITHOUT PREJUDICE**

This case is before the Court on the Order and Report and Recommendation of United

States Magistrate Judge Michael J. Newman. (Doc. 44). In the Order and Report and

Recommendation, the Magistrate Judge ordered Plaintiff to file an amended complaint and

recommends that Defendant's Motion to Dismiss the original complaint (Doc. 28) be denied

without prejudice as moot. No party filed objections to the recommendation of the Magistrate

Judge and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), upon reviewing the filings

of the parties and the comprehensive findings of the Magistrate Judge *de novo*, the Court: (1)

**ADOPTS** the recommendation of the Magistrate Judge in its entirety (Doc. 44); and (2)

**DENIES** Defendants' Motions to Dismiss (Doc. 28) as moot and without prejudice to refiling.

**IT IS SO ORDERED.**

Date: 2/5/14

_Timothy S. Black_
Timothy S. Black
United States District Judge