UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GREGORY WALKER JOHNSON,

       Plaintiff,                                  Case No.: 3:13-CV-204

vs.

APPLE, INC.,                                     District Judge Timothy S. Black
                                                            Magistrate Judge Michael J. Newman

       Defendant.

**OPINION AND ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING DEADLINES (DOC. 55)**

       Now before the Court is the motion of Defendant, Apple, Inc., to stay all Calendar Order deadlines pending a ruling on Defendant's motion to dismiss.  Doc. 55.  On January 17, 2014, the Court issued an Order and Report & Recommendation, which granted *pro se* Plaintiff leave to file an amended complaint and granted Defendant's motion to stay discovery pending further Order.  Doc. 44.  The Court simultaneously issued a Calendar Order.  Doc. 45.  Defendant filed a motion to dismiss Plaintiff's amended complaint on February 21, 2014.  Doc. 50.

       For good cause shown, Defendant's motion to stay all pending deadlines (doc. 55) is **GRANTED**.  The Court will issue an amended Calendar Order, if appropriate, following a ruling on Defendant's motion to dismiss.

       **IT IS SO ORDERED**.

       April 11, 2014                                                      s/ **Michael J. Newman**
                                                                          United States Magistrate Judge